IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDRE DAVIS, | : | |
|     Petitioner | : | No. 1:20-cv-01537 |
| | : | |
|     v. | : | (Judge Kane) |
| | : | |
| D.K. WHITE, | : | |
|     Respondent | : | |

## ORDER

**AND NOW**, this 27th day of October, 2021, upon consideration of the petition (Doc. No. 1) for writ of habeas corpus and the Respondent's suggestion of mootness (Doc. No. 21), and for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. 1) for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** as moot; and

2. The Clerk of Court is **DIRECTED** to close this case.

                                                                s/ Yvette Kane
                                                               Yvette Kane, District Judge
                                                               United States District Court
                                                                Middle District of Pennsylvania